**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Rosalie Conner

**Debtor(s)**

Case No.: 20–32875

Chapter: 13

ENTERED
10/13/2020

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. William E. Heitkamp is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 10/13/20

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE